DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**O'RIELLY NATHANIEL HENRY,** as Personal Representative of
the Estate of **KATHLEEN MAY HENRY,**
Appellant,

v.

**HECTOR HENRY,**
Appellee.

No. 4D20-1594

[November 4, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE18-013433.

Morton Antman of Morton Antman, P.A., Fort Lauderdale, for appellant.

William A. Treco of Tepps Treco, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***